UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMNAL NO.3:25-mj-00304 MEG |
| | : | |
| VS. | : | |
| | : | |
| ZACHARY LEE FOSTER | : | APRIL 29, 2025 |
| | : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Attorney Ioannis A. Kaloidis on behalf of the defendant, ZACHARY LEE FOSTER, in the above-captioned matter.

THE DEFENDANT, ZACHARY LEE FOSTER

By: ___/s/Ioannis A. Kaloidis_____
Ioannis A. Kaloidis, for
The Kaloidis Law Firm, LLC
580 Watertown Avenue
Waterbury, Connecticut  06708
Phone No. (203) 597.0010
Facsimile No. (203) 597.0024
Email Address: john@kaloidislaw.com
Federal Bar No. ct25510

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2025 a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing though the Court's system.

___/s/Ioannis A. Kaloidis_____
Ioannis A. Kaloidis

1